IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAJNIKANT PATEL** <br> 7928 Lewinsville Road <br> McLean, Virginia 22102 <br> 703-288-3456 <br>      **Plaintiff,** <br><br> v. <br><br> **R. JAMES NICHOLSON** <br> **Secretary of Veterans Affairs** <br> **Department of Veterans Affairs** <br> **Office of the General Counsel (024)** <br> **810 Vermont Avenue, N.W.** <br> **Washington, D.C. 20420** <br><br><br>      **Defendant** | Civil Action No. 07-0187 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

              Respectfully submitted,

              /s/
              Wyneva Johnson, D.C. BAR # 278515
              Assistant United States Attorney
              Judiciary Center Building, Tenth Floor
              555 4th Street, N.W, Room E4106
              Washington, D.C.  20530