IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAJNIKANT PATEL**<br>7928 Lewinsville Road<br>McLean, Virginia 22102<br>703-288-3456<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. JAMES NICHOLSON**<br>**Secretary of Veterans Affairs**<br>**Department of Veterans Affairs**<br>**Office of the General Counsel (024)**<br>810 Vermont Avenue, N.W.<br>Washington, D.C. 20420<br><br><br>　　　　　　　　**Defendant** | Civil Action No. 07-0187 (RMC) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant, by and through its undersigned attorneys, hereby answers plaintiff's Original Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim on which relief can be granted.

### SECOND DEFENSE

Defendant responds to the unnumbered and numbered paragraphs of plaintiff's Original Complaint as follows:

### A. PARTIES

1. Admitted.

2. Paragraph 2 contains conclusion of law to which no answer is required.

## B. JURISDICTION

3. Paragraph 3 contains a statement of jurisdiction to which no answer is required.

## C. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

4. Admitted.

## D. COURT 1 - DISCRIMINATION UNDER TITLE VII

5. Defendant admits that plaintiff is an employee within the meaning of Title VII. The remainder of the paragraph contains a conclusion of law to which no answer is required.

6. Defendant admits that defendant is an employer which in the meaning of Title VII.

7. Denied.

## E. DAMAGES

8. Defendant is without sufficient information and knowledge to answer the allegation in paragraph 8.

## F. ATTORNEY FEES

9. Denied.

## G. PRAYER

10. Paragraph 10 contains plaintiff's prayer for relief to which no answer is necessary, but insofar as an answer is deemed necessary, defendant denies that plaintiff is entitled to the relief requested herein or to any relief whatsoever.

## JURY DEMAND

The unnumbered paragraph entitled "Jury Demand" contains plaintiff's request for jury trial to which no answer is required. Defendant states that plaintiff is not entitled to a jury trial of any portion of his age discrimination claims.

Defendant hereby specifically denies all of the allegations of plaintiff's Original Complaint not herein before otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted its costs and other such relief as this Court deems appropriate.

                                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

  /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

OF COUNSEL:

Carol Lane Borden
Staff Attorney
United States Department of Veterans Affairs
Regional Counsel Office
Washington, D.C.