IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJNIKANT PATEL<br><br>Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON<br>Secretary of Veterans Affairs<br><br>Defendant | Civil Action No. 07-0187 (RMC) |

**AGREED MOTION REQUESTING RESCHEDULING OF SCHEDULING CONFERENCE**

Plaintiff and Defendant request this Honorable Court to reschedule the scheduling conference that is scheduled for June 15, 2007, at 2.30 p.m. in court room no. 2.

1. Plaintiff is Rajnikant Patel; and Defendant is R. James Nicholson, Secretary of Veterans Affairs.

2. Plaintiff sued the Defendant as he was discriminated and was denied a promotion.

3. This matter is set for a scheduling hearing on June 15, 200, at 2.30 p.m.

4. The parties ask the court to continue this case until August 10, 2007, because the counsel for the Plaintiff will not be in town on the scheduled date.

5. Attorneys for all parties agree to this continuance.

6. This request for continuance is not for delay only, but so that justice may be done.

7. For these reasons, the parties ask the court to reschedule the rescheduling hearing to August 10, 2007.

Respectfully submitted,

| | |
|---|---|
| WYNEVA JOHNSON, D.C. Bar #278515<br>Assistant United States Attorney<br>555 4th Street, N.W. Rm. E 4106<br>Washington, D.C. 20530 | Aroon Roy Padharia, D.C. Bar # 470038<br>1629 K Street, NW, Suite 300<br>Washington, D.C. 20006<br>telephone No: 202-508-1450 |

## CERTIFICATE OF SERVICE

I, Aroon Roy Padharia, hereby certify that a copy of the foregoing motion was served by First Class Mail, postage pre-paid via USPS on June 14, 2007, to:

WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4106
Washington, D.C. 20530

Aroon Roy Padharia,
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJNIKANT PATEL | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 07-0187 (RMC)<br>) |
| R. JAMES NICHOLSON<br>Secretary of Veterans Affairs | )<br>)<br>)<br>) |
| Defendant | )<br>) |

## ORDER

As it has been agreed between the parties, it is hereby ORDERED, that the scheduling hearing that was originally scheduled for June 15, 2007, is rescheduled to August 10, 2007.

SO ORDERED this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

**Attorney for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4106
Washington, D.C. 20530

**Attorney for Plaintiff**
AROON ROY PADHARIA
1717 K Street, N.W., Suite 600
Washington, D.C. 20036