# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAJNIKANT PATEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-187 (RMC)** |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| **Secretary of Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## SCHEDULING ORDER

After a scheduling conference held in open Court on August 10, 2007, it is hereby

**ORDERED** that:

1.    Each party is limited to a maximum of five (5) depositions.

2.    Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete

subparts.  Responses to all interrogatories shall be made thirty (30) days after service.

3.    Each party is limited to a maximum of twenty-five (25) requests for admissions, including

discrete subparts.  Responses to all requests for admissions shall be made thirty (30) days

after service.

4.    All discovery shall be completed no later than February 8, 2008.

5.    Discovery material shall not be filed with the Court unless so ordered.  *See* LCvR 5.2(a).

6.    Counsel are expected to conduct themselves in a civil, polite, and professional manner at all

times, particularly during discovery.  Counsel are referred to LCvR 26.2 and expected to

conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ.

P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery

dispute before bringing it to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

7.    A post-discovery status conference is scheduled for February 22, 2008, at 11:30 a.m., at which time a pretrial conference date and a trial date will be selected.  Counsel shall be prepared at the status conference to advise the court of the expected length of trial and of the number of fact and expert witnesses each party will present.  Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

8.    Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

9.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: August 10, 2007                         _____/s/_____
                                              ROSEMARY M. COLLYER
                                              United States District Judge

2