UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAJNIKANT PATEL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**R. JAMES NICHOLSON,**<br>Secretary of Veterans Affairs,<br><br>**Defendant.** | Civil Action No: 07-187 (RMC) |

PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION TO MODIFY SCHEDULING ORDER

Plaintiff asks the court to modify the scheduling order, as authorized by Federal Rule of Civil Procedure 16(b).

A.  Introduction

1. Plaintiff is Rajnikant Patel; Defendant is R. James Nicholson, Secretary of Veterans Affairs.

2. Plaintiff sued Defendant for denying promotion to the position of Lead Medical Technologist based on his Age, Gender, Race, Religion and National Origin

3. On August 10, 2007, the court entered a scheduling order.

4. Plaintiff asks the court to modify the scheduling order by granting an additional two months, until April 4, 2008, to complete discovery. As per the original schedule the discovery was to be completed by February 8, 2008.

B.  Argument

5.  The court can modify a scheduling order on a showing of good cause. Fed. R. Civ. P. 16(b); *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002); *Huval v. Offshore Pipelines, Inc.*, 86 F.3d 454, 458 (5th Cir. 1996).

6.  There is good cause to modify the current scheduling order because Plaintiff has diligently attempted to comply with the order but cannot reasonably meet the schedule. *See Inge*, 281 F.3d at 625; *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001). After filing of this matter the Defendant has retaliated against the Plaintiff by alleging allegations that the Plaintiff has failed in his duties as a Medical Technologist. Based on these allegations the Plaintiff has launched another complaint against the Department of Veterans Affairs and the said matter is pending and as the outcome of the investigation is very relevant to this matter pending before this Honorable Court, and will be added as an additional charge to this existing case as it is related. Under the circumstances the Plaintiff could not proceed with the discovery thinking that he will have to repeat the discovery in the future.

Further, as the counsel for the Plaintiff is a sole practitioner who had to attend to a tight schedule and could not timely file this motion. The purpose of this motion is not to cause undue delay or to prejudice the rights of the opposing party. But for the above stated reason the discovery would have been completed. The counsel for the Defendant has consented to this motion.

### C. Conclusion

7.  Because Plaintiff has diligently attempted to comply with the court's scheduling order but cannot reasonably meet the schedule, there is good cause for the court to modify the scheduling order. For these reasons, Plaintiff asks the court to enter the proposed modified

scheduling order, by extending the completion of discovery date to April 4, 2008, in the ends of justice.

                                                Respectfully submitted,

                                                _____
                                                Aroon Roy Padharia D.C. Bar 470038
                                                Attorney for the Plaintiff
                                                1629 K. Street, N.W., Suite 300
                                                Washington, D.C. 20036
                                                Telephone No: 202-508-1450

## CERTIFICATION OF SERVICE

     I, hereby certify that a copy of the foregoing motion requesting modification of the scheduling order was mailed by First Class Mail, postage pre-paid, on February 4, 2008, to the Defendant's counsel at:

**Wyneva Johnson**
U.S. ATTORNEY'S OFFICE FOR D.C.
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC 20530


                                                _____
                                                Aroon Roy Padharia
                                                Attorney for the Plaintiff