UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RAJNIKANT PATEL,**

    **Plaintiff,**

    v.                                              Civil Action No: 07-187 (RMC)

**R. JAMES NICHOLSON,**
Secretary of Veterans Affairs,

    **Defendant.**

ORDER ON MOTION TO MODIFY SCHEDULING ORDER

    After considering Plaintiff Rajnikant Patel's motion to modify the scheduling order and the response, the court

    GRANTS the motion and ORDERS the clerk to enter the attached modified scheduling order.

SIGNED on _____, 200__.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____S/d_____
Aroon Roy Padharia, Esq.