UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   |
**RAJNIKANT PATEL,**                |
                                   |
    **Plaintiff,**           |
                                   |
    v.                      |    Civil Action No: 07-187 (RMC)
                                   |
**R. JAMES NICHOLSON,**             |
**Secretary of Veterans Affairs,**  |
                                   |
    **Defendant.**           |
_____|

PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION TO MODIFY SCHEDULING ORDER

Plaintiff asks the court to modify the scheduling order, as authorized by Federal Rule of Civil Procedure 16(b).

A. Introduction

1. Plaintiff is Rajnikant Patel; Defendant is R. James Nicholson, Secretary of Veterans Affairs.

2. Plaintiff sued Defendant for denying promotion to the position of Lead Medical Technologist based on his Age, Gender, Race, Religion and National Origin.

3. On August 10, 2007, the court entered a scheduling order and on February 5, 2008, Plaintiff filed a motion requesting the Honorable Court to amend the Scheduling Order requesting time until April 4, 2008, and the same was granted by the Honorable Court with a post discovery status hearing for April 11, 2008.

4. Therefore, Plaintiff asks the court to modify the scheduling order by granting an additional three months, until July 7, 2008, to complete discovery. As per the previous schedule the discovery was to be completed by March 4, 2008.

B.  Argument

5. The court can modify a scheduling order on a showing of good cause. Fed. R. Civ. P. 16(b); *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002); *Huval v. Offshore Pipelines, Inc.*, 86 F.3d 454, 458 (5th Cir. 1996).

6. There is good cause to modify the current scheduling order because Plaintiff has diligently attempted to comply with the order but cannot reasonably meet the schedule. *See Inge*, 281 F.3d at 625; *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001). After filing of this matter the Defendant has retaliated against the Plaintiff by alleging allegations that the Plaintiff has failed in his duties as a Medical Technologist. Based on these allegations the Plaintiff has launched another complaint against the Department of Veterans Affairs and the said matter was pending and as the outcome of the investigation was very relevant to this matter pending before this Honorable Court, and will be added as an additional charge to this existing case as it is related. Under the circumstances the Plaintiff could not proceed with the discovery thinking that he will have to repeat the discovery in the future. As the investigation by the Office of Resolution Management is concluded and as the Plaintiff has received his copy of the investigative file on March 12, 2008. He intends to seek a final decision and proceed thorough the courts. As the new matter is directly relevant to the existing case and as both matters may have to be clubbed and tried together, Plaintiff requests' this Honorable Court to Modify the scheduling Order and also to continue the Discovery Status Hearing that is scheduled for April 11, 2008.

Further, as the counsel for the Plaintiff is a sole practitioner who had to attend to a tight schedule and could not timely file this motion. The purpose of this motion is not to cause undue delay or to prejudice the rights of the opposing party. But for the above stated reason the

discovery would have been completed. The counsel for the Defendant has consented to this motion.

### C.  Conclusion

7. Because Plaintiff has diligently attempted to comply with the court's scheduling order but cannot reasonably meet the schedule, there is good cause for the court to modify the scheduling order.  For these reasons, Plaintiff asks the court to enter the proposed modified scheduling order, by extending the completion of discovery date to April 4, 2008, in the ends of justice.

Respectfully submitted,

_____S/d_____

Aroon Roy Padharia D.C. Bar 470038
Attorney for the Plaintiff
1629 K. Street, N.W., Suite 300
Washington, D.C. 20036
Telephone No: 202-508-1450

### CERTIFICATION OF SERVICE

I, hereby certify that a copy of the foregoing motion requesting modification of the scheduling order was mailed by First Class Mail, postage pre-paid, on April 2, 2008, to the Defendant's counsel at:

**Wyneva Johnson**
U.S. ATTORNEY'S OFFICE FOR D.C.
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC 20530

_____S\d_____
Aroon Roy Padharia
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAJNIKANT PATEL,** | |
| Plaintiff, | |
| v. | Civil Action No: 07-187 (RMC) |
| **R. JAMES NICHOLSON,**<br>Secretary of Veterans Affairs, | |
| Defendant. | |

ORDER ON MOTION TO MODIFY SCHEDULING ORDER

After considering Plaintiff Rajnikant Patel's motion to modify the scheduling order and the response, the court

GRANTS the motion and ORDERS the clerk to enter the attached modified scheduling order.

SIGNED on _____, 200__.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


_____S/d_____
Aroon Roy Padharia, Esq.