IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAJNIKANT PATEL**             | |
|    **Plaintiff,**  | |
| v.                              | Civil Action No:   07-0187(RMC) |
| **R. JAMES NICHOLSON**<br>**Secretary of Veterans Affairs**<br>**Department of Veterans Affairs** | |
|    **Defendant.** | |

## MOTION FOR HOLD THE CASE IN ABEYANCE

    Plaintiff, by his undersigned counsel, and for the reasons set forth below, moves the court to hold our complaint in abeyance pending the out come of a related complaint that is pending before the EEOC which is related to the complaint that is pending before this Honorable Court.

    On April 3, 2008, the Honorable Court has set the Discovery Deadline directing both the parties to complete Discovery by July 7, 2008, and the Status Conference is scheduled for July 17, 2008 at 10.00 a.m. The Defendant did serve the Interrogatories and Request for Production of Documents and the Plaintiff's response is due today. The Plaintiff did propose to the Defendant to consider if the matter can be settled out of court, and the Defendant respondent that it may if provided more information.

    Further, as there is another matter that is pending before the EEOC, the out come of which is relevant to this case, the Plaintiff submits that granting of this motion would avoid re-litigating the same and if the matter is resolved out of court it would save the the Honorable Court's valuable time.

Therefore, the plaintiff humbly request's this Honorable Court to hold this case in abeyance pending the out come of the case that is before the EEOC and will also give the parties the opportunity to resolve this matter out of court.

This motion is made in good-faith and not for the purpose of delay.

Respectfully submitted this 7th day of July, 2008.

_____/s/_____
Aroon Roy Padharia, D.C. Bar No: 470038
Attorney for the Plaintiff
3041 Sleepy Hallow Road
Falls Church, VA. 22042
Tel. No: (202)508-1450

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Hold the Case in Abeyance has been furnished to the following by the United States Mail, First Class, Postage Pre-paid on this 7th day of July, 2008.

_____/s/_____
Aroon Roy Padharia
Attorney for the Plaintiff

## CERTIFICATION

I contacted the Defendant and the counsel for the defendant has consented to this motion.

_____/s/_____
Aroon Roy Padharia, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAJNIKANT PATEL** | \| |
| **Plaintiff,** | \| |
| v. | \| Civil Action No:   07-0187(RMC) |
| **R. JAMES NICHOLSON**<br>**Secretary of Veterans Affairs**<br>**Department of Veterans Affairs** | \| |
| **Defendant.** | \| |

# ORDER

Upon considering the Plaintiff's To Hold the Case in Abeyance and as the Defendant has consented, the motion is hereby **GRANTED** on this _____ day of July, 2008.

_____
Hon. Judge ROSEMARY M. COLLYER