UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
|
**RAJNIKANT PATEL,**                    |
|
    **Plaintiff,**                     |
|
    v.                                  |    Civil Action No: 07-187 (RMC)
|
**R. JAMES NICHOLSON,**                 |
**Secretary of Veterans Affairs,**      |
|
    **Defendant.**                      |
|
_____|

PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION TO RESCHEDULING STATUS CONFERENCE

    Plaintiff asks the court to modify the scheduling order, as authorized by Federal Rule of Civil Procedure 16(b).

A.  Introduction

    1.  Plaintiff is Rajnikant Patel; Defendant is R. James Nicholson, Secretary of Veterans Affairs.

    2.  Plaintiff sued Defendant for denying promotion to the position of Lead Medical Technologist based on his Age, Gender, Race, Religion and National Origin

    3.  On April 3, 2008, the court entered a scheduling order directing all the parties to complete discovery by July 7, 2008, and scheduled the case foe a Status Conference to July 17, at 10.00 a.m.

4. Plaintiff requests this Honorable Court to reschedule the status conference that is scheduled for July 17, 2008, as the Plaintiff's counsel has a hearing at York, Pennsylvania before the Immigration Court at 8.30. a.m. to determine custody.

5. The purpose of this motion is not to cause delay or to prejudice the rights of the opposing party. This application is being filed in good-faith.

**WHEREFORE,** Plaintiff humbly requests this Honorable Court to reschedule the Status Conference, as the Plaintiff has a scheduling conflict, in the ends of justice.

Respectfully submitted,

_____/s/_____
Aroon Roy Padharia D.C. Bar 470038
Attorney for the Plaintiff
1629 K. Street, N.W., Suite 300
Washington, D.C. 20036
Telephone No: 202-508-1450

CERTIFICATION OF SERVICE

I, hereby certify that a copy of the foregoing motion requesting modification of the scheduling order was mailed by First Class Mail, postage pre-paid, on July 17, 2008, to the Defendant's counsel at:

**Wyneva Johnson**
U.S. ATTORNEY'S OFFICE FOR D.C.
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC 20530

_____/s/_____
Aroon Roy Padharia
Attorney for the Plaintiff

## CERTIFICATION

I, hereby certify that the opposing party has consented to this motion.

_____/s/_____
Aroon Roy Padharia
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAJNIKANT PATEL,** | |
| **Plaintiff,** | |
| v. | Civil Action No: 07-187 (RMC) |
| **R. JAMES NICHOLSON,**<br>**Secretary of Veterans Affairs,** | |
| **Defendant.** | |

ORDER ON MOTION TO RESCHEDULE STATUS CONFERENCE

After considering Plaintiff Rajnikant Patel's motion to rescheduling the status conference and the response, the court

GRANTS the motion and ORDERS the clerk to rescheduling the status conference.

SIGNED on _____, 200\_\_.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____S/d_____
Aroon Roy Padharia, Esq.