## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.

| | |
|---|---|
| **RAJNIKANT PATEL** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO: 07-187** |
| **JAMES B. PEAKE, M.D.,** **Secretary of Veterans Affairs.** | |
| **Defendant** | |

## CERTIFICATE OF DISCOVERY

**I, HEREBY CERTIFY** that on this 16th day of August 2008, I served on Defendant James B. Peake, MD, Secretary of Veterans Affairs, c/o Wyneva Johnson, Assistant United States Attorney, Responses to Interrogatories and Request for Production of Documents and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

_____s/d_____
Aroon Roy Padharia, D.C. Bar No. 470038
Attorney for the Plaintiff
3041 Sleepy Hallow Road
Falls Church, VA 22042
Tel. No: (202) 508-1450

## CERTIFICATE OF SERVICE

      I, hereby certify that on this 16th day of August 2008, a copy of the Interrogatories and Request for Productions of Documents was served by First Class Mail postage pre-paid on:

WYNEVA JOHNSON  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W.  
Washington, D.C. 20530  

                                          _____s/d_____  
                                        Aroon Roy Padharia, D.C. Bar No. 470038  
                                        Attorney for the Plaintiff  
                                        3041 Sleepy Hallow Road  
                                        Falls Church, VA 22042  
                                        Tel. No: (202) 508-1450